AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____    District of    _____Massachusetts_____

Huijuan Chen and Wei Cai, Plaintiffs

**SUMMONS IN A CIVIL ACTION**

V.

Denis Riorden, Eduardo Aguirre, Jr., Michael Chertoff, and the US Dept. of Homeland Security

CASE NUMBER:

**05-40161 FDS**

TO: (Name and address of Defendant)

Denis Riorden
Bureau of Citizenship and Immigration Services
John F. Kennedy Federal Building
Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard M. Green, Esq.
57 East Main St. Suite 211
Westborough, MA 01581

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                              9/16/05

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/16/2005 |
| NAME OF SERVER (PRINT) Beth Anne Russo | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served per FRCP Rule 4(i)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/16/2005    *Beth Anne Russo*
             Date          Signature of Server

57 E. Main St. Suite 211
Address of Server
Westboro, MA 01581

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CERTIFICATE OF SERVICE

I, Beth Anne Russo, declare under the pains and penalties of perjury pursuant to the laws of the United States and FRCP Rule 4(i), that a copy of the attached summons and complaint were mailed via certified mail, return receipt requested, to the following individuals:

Denis Riorden
Bureau of Citizenship & Immigration Services
John F. Kennedy Federal Building
Boston, MA 02203

Date: 9/16/05

Beth Anne Russo

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

BOSTON, MA 02203

| | | UNIT ID: 0581 |
|---|---|---|
| Postage | $ 0.83 | |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KENNEDY |
| Total Postage & Fees | $ 4.88 | 09/16/05 |

Sent To: Denis Riorden
Street, Apt. No. BCIS
or PO Box No. John F. Kennedy Federal Building
City, State, ZIP Boston, MA 02203

PS Form 3800

7001 0360 0001 0653 1023

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Denis Riorden
BCIS
John F. Kennedy Federal Building
Boston, MA 02203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7001 0360 0001 0653 1023

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Huijuan Chen and Wei Cai, Plaintiffs

V.

Denis Riorden, Eduardo Aguirre, Jr., Michael Chertoff, and the US Dept. of Homeland Security

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-40161 FDS**

TO: (Name and address of Defendant)

Michael J. Sullivan, Esq.
Donohue Federal Building
595 Main St. Room 206
Worcester, MA 01608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard M. Green, Esq.
57 East Main St. Suite 211
Westborough, MA 01581

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    9/16/05

CLERK                                DATE

_Sherry Jones_
(By) DEPUTY CLERK

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/23/05 |
| NAME OF SERVICE *(PRINT)* Arose W. Nielsen | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
Mary Ann (Clerk) - Office of the Attorney General Donahue Federal Bldg. Worcester, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/23/05
_____
*Date*    *Signature of Server*

72 Rockrimmon St. Belchertown, MA 01007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.