AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Huijuan Chen and Wei Cai, Plaintiffs

**SUMMONS IN A CIVIL ACTION**

V.

Denis Riorden, Eduwardo Aguirre Jr., Michael Chertoff, and the US Dept. of Homeland Secuirty

CASE NUMBER:   05-40161 FDS

TO: (Name and address of Defendant)

Alberto Gonzales, Esq.
Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard M. Green, Esq.
57 East Main St. Suite 211
Westborough, MA 01581

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                          September 23, 2005
CLERK                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/26/2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Beth Anne Russo | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): served per FRCP Rule 4(i)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/26/2005
                   Date

Signature of Server: Beth Anne Russo

Address of Server: 57 E. Main St. Westboro, MA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CERTIFICATE OF SERVICE

I, Beth Anne Russo, declare under the pains and penalties of perjury pursuant to the laws of the United States and FRCP Rule 4(i), that a copy of the attached summons and complaint were mailed via certified mail, return receipt requested, to the following individuals:

Alberto Gonzales, Esq.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Date: 9/26/2005

Beth Anne Russo

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE
WASHINGTON, DC 20530

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0581 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: Y5M6C0 |
| Total Postage & Fees | $ 4.88 | 09/26/05 |

Sent To: Alberto Gonzales, Esq.
Attorney General of the United States
Street, Apt. or PO Box: US Department of Justice
950 Pennsylvania Avenue NW
City, State: Washington, DC 20530-0001

7001 0360 0001 0653 1030

---

SENDER: COMPLETE...
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

X [signature]  ☐ Agent  ☐ Addressee
B. Received by  OCT -4 2005  Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Alberto Gonzales, Esq.
Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7001 0360 0001 0653 1030

PS Form 3811, August 2001   Domestic Return Receipt