AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Huijuan Chen and Wei Cai, Plaintiffs

V.

Denis Riorden, Eduardo Aguirre, Jr., Michael
Chertoff, and the US Dept. of Homeland Security

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05-40161 FDS

TO: (Name and address of Defendant)

Department of Homeland Security
Bureau of Citizenship and Immigration Services
20 Massachusetts Ave. NW
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard M. Green, Esq.
57 East Main St. Suite 211
Westborough, MA 01581

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____          9/16/05
CLERK                                        _____
                                             DATE
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  9/16/05 |

| | |
|---|---|
| NAME OF SERVER *(PRINT)*  Beth Anne Russo | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  served per FRCP Rule 4(;)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/16/2005
_____
*Date*

Beth Anne Russo
_____
*Signature of Server*

57 E. Main St. Suite 211 Westboro, MA 01581
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CERTIFICATE OF SERVICE

I, Beth Anne Russo, declare under the pains and penalties of perjury pursuant to the laws of the United States and FRCP Rule 4(i), that a copy of the attached summons and complaint were mailed via certified mail, return receipt requested, to the following individuals:

Department of Homeland Security
Bureau of Citizenship and Immigration Services
20 Massachusetts Ave. NW
Washington, DC 20529

Date: 9\16\05                                    _Beth Anne Russo_
                                                 Beth Anne Russo

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

WASHINGTON, DC 20529

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0581 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KP29DY |
| Total Postage & Fees | $ 4.88 | 09/16/05 |

Sent To: Department of Homeland Security BCIS
Street, Apt. No.; or PO Box No.: 20 Massachusetts Ave. NW
City, State, ZIP+ 4: Washington, DC 20529

PS Form 3800, Jan

7001 0360 0001 0653 1047

SENDER:

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. X DHS                                        ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery  9.23.05
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Department of Homeland Security
BCIS
20 Massachusetts Ave. NW
Washington, DC 20529

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)    7001 0360 0001 0653 1047

PS Form 3811, August 2001    Domestic Return Receipt