**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**CENTRAL DIVISION**

| | |
|---|---|
| Huijuan Chen, et. al,              ) <br>         Plaintiffs       ) <br> v.                              ) <br>                               ) <br> Denis Riorden, District Director   ) <br> of the Boston District Office of the   ) <br> Bureau of Citizenship and          ) <br> Immigration Services, et. al       ) <br>         Defendants.       ) | Case No. 05-40161 FDS |

**Motion for Judgment by Default pursuant to F. R. Civ. Pro 55(b)(2)**

NOW COMES the plaintiff Huijan Chen, plaintiff in the above entitled action and move this honorable Court to enter a Judgment by Default against the above entitled Defendants.

This action is brought by Plaintiff against various high ranking officials within the Department of Homeland Security (DHS) and Bureau of Citizenship and Immigration Service (BCIS) in their official capacities, to perform their duties and adjudicate Plaintiff's immigration application.

Plaintiffs request this court to enter the default of the defendants for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the affidavit of Richard M. Green, hereto attached.

///

///

WHEREFORE, the plaintiff requests that judgement enter against the defendants

in the above entitled action and the Court issue an order:

1.    Compelling the Defendants to perform their duty and decide Plaintiff

Chen's application to register permanent residence or adjust status;

2.    Award attorneys fees and costs; and

3.    Grant such other relief as may be proper under the circumstances.

                                    Respectfully submitted,
                                    Huijuan Chen
                                    By her Attorney


Date: November 23, 2005                 ___/s/ Richard M. Green_____
                                    Richard M. Green  BBO 650973
                                    57 East Main St. Suite 211
                                    Westborough, MA 01581
                                    Tel:    (508) 616-0024
                                    Fax:    (508) 616-0221

CERTIFICATE OF SERVICE

I Richard M. Green, state on this twenty-third  day of November, 2005, I placed a copy of
the above motion and affidavit in the U.S. mail, first class postage prepaid to the
following defendants:


Office of the U.S. Attorney                 Bureau of Citizenship & Immigration
John Joseph Moakley Courthouse              Services
1 Courthouse Way, Suite 9200                20 Massachusetts Ave. NW
Boston, MA 02210                            Washington, DC 20529

Denis Riorden
Bureau of Citizenship & Immigration         Michael Chertoff
Services                                    Department of Homeland Security
John F. Kennedy Building                    Washington, DC 20528
Boston, MA 02203
                                            Alberto Gonzales, Esquire
Eduardo Aguirre Jr                          U.S. Department of Justice
Department of Homeland Security             950 Pennsylvania Ave NW
                                            Washington, DC 20530-0001

Office of the General Counsel
Department of Homeland Security
Bureau of Citizenship & Immigration Services
20 Massachusetts Ave. NW
Washington, DC 20529


Date: November 23, 2005                    ___/s/ Richard M. Green_____
                                           Richard M. Green

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**CENTRAL DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| Huijuan Chen, et. al, | ) | |
|         Plaintiffs | ) | Case No. 05-40161 FDS |
| v. | ) | |
| | ) | |
| Denis Riorden, District Director | ) | |
| of the Boston District Office of the | ) | |
| Bureau of Citizenship and | ) | |
| Immigration Services, et. al | ) | |
|         Defendants. | ) | |
| _____ | ) | |

AFFIDAVIT

I, Richard M. Green of 57 E Main Street, Suite 211 Westborough, Massachusetts on oath depose and say:

1.      That the defendants are not infants or incompetent people; and

2.      That the defendants are not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended..

Subscribed on this twenty-eighth day of November, 2005 under the pains and penalties of perjury under the laws of the United States of America.

Date: November 23, 2005          ___/s/ Richard M. Green_____
                                      Richard M. Green  BBO 650973
                                      57 East Main St. Suite 211
                                      Westborough, MA 01581
                                      Tel:    (508) 616-0024
                                        Fax:    (508) 616-0221