# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUIJUAN CHEN and WEI CAI, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | **Civil Action No. 05-40161-FDS** |

## JOINT MOTION OF PARTIES TO CONTINUE SCHEDULING CONFERENCE

The parties to this action respectfully request a 60 day continuance of the scheduling conference now scheduled for February 2, 2006. The United States Citizenship and Immigration Service (USCIS) has been processing plaintiff Chen's status adjustment application and has scheduled the required interview for February 10, 2006. The parties would like to allow this administrative task to be completed and give the USCIS an opportunity to complete processing of the application. Accordingly, the parties request that the scheduling conference be continued for 60 days.

Respectfully submitted,

| For the Plaintiffs, | UNITED STATES OF AMERICA |
|---|---|
| | MICHAEL J. SULLIVAN <br> United States Attorney |
| /s/ Richard M. Green 2/1/2006 <br> Richard M. Green, P.C. <br> 57 East Main St. Suite 211 <br> Westborough, MA 01581 <br> Tel: 508-616-0024 <br> Fax: 508-616-0221 <br> rgreen@rmg-law.com | By:  /s/ Anton P. Giedt 2/1/2006 <br> Anton P. Giedt <br> Assistant U.S. Attorneys <br> 1 Courthouse Way <br> Boston, MA 02210 <br> 617-748-3309 (Voice) <br> 617-748-3967 (Fax) <br> anton.giedt@usdoj.gov |

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                               Boston, Massachusetts
                                                                                                            DATE: February 1, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record via electronic filing.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney