**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HUIJUAN CHEN and WEI CAI, | |
| Plaintiffs, | |
| v. | **Civil Action No. 05-40161-FDS** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

**JOINT MOTION OF PARTIES TO CONTINUE SCHEDULING CONFERENCE**

The parties to this action respectfully request a 30 day continuance of the scheduling conference now scheduled for April 7, 2006. The United States Citizenship and Immigration Service (USCIS) has conducted the required status adjustment interview and is now in the process of completing a finger print check and has requested an expedited security name check through the Federal Bureau of Investigation (FBI). The parties would like to allow the USCIS and the FBI the opportunity to complete these tasks. Accordingly, the parties request that the scheduling conference be continued for 30 days and be rescheduled for a date that is convenient for the Court.

Respectfully submitted,

| For the Plaintiffs, | UNITED STATES OF AMERICA |
|---|---|
| | MICHAEL J. SULLIVAN |
| | United States Attorney |
| /s/ Richard M. Green  (by: APG) 4/6/2006 | By:   /s/ Anton P. Giedt  4/6/2006 |
| Richard M. Green, P.C. | Anton P. Giedt |
| 57 East Main St. Suite 211 | Assistant U.S. Attorneys |
| Westborough, MA 01581 | 1 Courthouse Way |
| Tel: 508-616-0024 | Boston, MA 02210 |
| Fax: 508-616-0221 | 617-748-3309 (Voice) |
| rgreen@rmg-law.com | 617-748-3967 (Fax) |
| | anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                                          Boston, Massachusetts
                                                                                                                          DATE:  April 6, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record via Electronic Filing.

   /s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney