# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUIJUAN CHEN and WEI CAI, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | **Civil Action No. 05-40161-FDS** |

## JOINT MOTION OF PARTIES TO CONTINUE SCHEDULING CONFERENCE

The parties to this action respectfully request a 45 day continuance of the scheduling conference now scheduled for May 8, 2006. The United States Citizenship and Immigration Service (USCIS) has conducted the required status adjustment interview, completed a new set of finger prints and is awaiting the results of an expedited security name check through the Federal Bureau of Investigation (FBI), that was requested at the time of the last extension. The parties would like to allow the USCIS and the FBI the opportunity to complete this final task. Accordingly, the parties request that the scheduling conference be continued for 45 days and be rescheduled for a date that is convenient for the Court.

Respectfully submitted,

| For the Plaintiffs, | UNITED STATES OF AMERICA |
|---|---|
| | MICHAEL J. SULLIVAN <br> United States Attorney |
| /s/ Richard M. Green  (by: APG) 5/5/2006 <br> Richard M. Green, P.C. <br> 57 East Main St. Suite 211 <br> Westborough, MA 01581 <br> Tel: 508-616-0024 <br> Fax: 508-616-0221 <br> rgreen@rmg-law.com | By:   /s/ Anton P. Giedt 5/5/2006 <br> Anton P. Giedt <br> Assistant U.S. Attorneys <br> 1 Courthouse Way <br> Boston, MA 02210 <br> 617-748-3309 (Voice) <br> 617-748-3967 (Fax) <br> anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                                                     Boston, Massachusetts
                                                                                                                                        DATE: May 5, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record via Electronic Filing.

  /s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney