## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUIJUAN CHEN and WEI CAI, | |
| Plaintiffs, | |
| v. | **Civil Action No. 05-40161-FDS** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF PLAINTIFF WEI CAI

Pursuant to the provisions of Fed. R. Civ .P. 41(a)(1)(ii), WEI CAI, one of the Plaintiffs herein,

voluntarily dismisses with prejudice the above captioned action as to the U.S. DEPARTMENT OF

HOMELAND SECURITY, *et al.*, the Defendants.  Each party shall bear all of their own costs and

attorneys' fees in connection with the action and all rights of appeal are waived.  HUIJUAN CHEN remains

as the sole plaintiff in this action.


Respectfully submitted,


For the Plaintiffs,                                                    UNITED STATES OF AMERICA

                                                                       MICHAEL J. SULLIVAN
                                                                       United States Attorney

/s/ Richard M. Green  (by: APG) 5/5/2006        By:    /s/ Anton P. Giedt 5/5/2006
Richard M. Green, P.C.                                  Anton P. Giedt
57 East Main St. Suite 211                              Assistant U.S. Attorneys
Westborough, MA 01581                                   1 Courthouse Way
Tel: 508-616-0024                                       Boston, MA 02210
Fax: 508-616-0221                                       617-748-3309 (Voice)
rgreen@rmg-law.com                                      617-748-3967 (Fax)
                                                        anton.giedt@usdoj.gov

---

### CERTIFICATE OF SERVICE

Suffolk, ss.                                                    Boston, Massachusetts
                                                               DATE: May 5, 2006

    I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record via Electronic Filing.

                                            /s/ Anton P. Giedt
                                            Anton P. Giedt
                                            Assistant U.S. Attorney