UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HUIJUAN CHEN and WEI CAI,

    Plaintiffs,

v.                        Civil Action No. 05-40161-FDS

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

    Defendants.

**PARTIES' JOINT STATEMENT
IN ACCORDANCE WITH LOCAL RULE 16.1(D)**

Plaintiff and Defendants hereby submit the following joint statement regarding pre-trial scheduling.

Plaintiff, Huijuan Chen, seeks a mandamus order to compel the government to adjudicate her adjustment of status application for status as a lawful permanent resident. The government contends that Mrs. Chen's background check has not been completed and that the government is barred from adjudicating the application until the background check is completed.

**1.**     **Joint Discovery Plan**

The parties agree that this case will involve minimal discovery and that it is likely to involve motion practice and may eventually be disposed of on Summary Judgment.

<u>Proposed Procedural and Motion Schedule</u>

On or Before:

June 30, 2006                         Automatic Disclosure Pursuant to Local Rule 26.2(A)

| | |
|---|---|
| July 31, 2006 | Parties Serve Any Additional Discovery Requests |
| August 31, 2006 | Responses to Additional Discovery Requests Served |
| September 29, 2006 | Plaintiff Files Motion for Summary Judgment |
| October 31, 2006 | Defendants' File Oppositions and Cross-Motions for Summary Judgment filed |
| November 17, 2006 | Plaintiff's File Opposition/ Reply |
| December 1, 2006 | Defendant's File Reply (if any) |

Oral argument and/or hearings at the Court's discretion.

**2.    Certification of Budget and ADR Conference**

**Plaintiff**

Plaintiff's counsel certifies that he has conferred with the plaintiff: (1) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**Defendants**

Defendants' counsel certifies that he has conferred with the defendants: (1) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The certifications of the parties are in the process of being obtained.

**3.     Settlement Proposals**

The Plaintiff and Defendants have exchanged settlement proposals and the parties are engaged in settlement discussions at this time.

Respectfully submitted,

| For the Plaintiff, | For the Defendants, |
|---|---|
| HUIJUAN CHEN, | DEPARTMENT OF HOMELAND SECURITY, *et al.*, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Richard M. Green   6/16/2006<br>Richard M. Green, P.C.<br>57 East Main St. Suite 211<br>Westborough, MA 01581<br>Tel: 508-616-0024<br>Fax: 508-616-0221<br>rgreen@rmg-law.com | By:   /s/ Anton P. Giedt 6/16/2006<br>Anton P. Giedt<br>Assistant U.S. Attorneys<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3967 (Fax)<br>anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                        Boston, Massachusetts
                                                                                                         DATE:  June 16, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record via Electronic Filing.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney