UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Huijuan Chen, et. al, ) <br>     Plaintiffs ) <br> v. ) <br> Denis Riorden, ) <br>     Defendants. ) | Case No. 05-40161 FDS |

JOINT STIPULAITON TO DISMISS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties respectfully requests this honorable court to dismiss this above captioned action with prejudice.

In this action, Plaintiff Chen sought the aid of the court to compel the Defendants to adjudicate her Application to Adjust Status. On June 13, 2006, Defendant BCIS adjudicated and approved his application. Attached please find a copy of the approval notice.

Respectfully submitted,

| For the Defendants | Huijuan Chen |
|---|---|
| Michael J. Sullivan, U.S Attorney | By her Attorney |
| | |
|   /s/ Anton P. Giedt |   /s/ Richard M. Green |
| Anton P. Giedt, AUSA | Richard M. Green, BBO# 650973 |
| 1 Courthouse Way | 57 East Main St. Suite 211 |
| Boston, MA 02210 | Westborough, MA 01581 |
| Tel: (617) 748-3309 | Tel:  (508) 616-0024 |
| Fax: (617) 748-3967 | Fax:  (508) 616-0221 |

CERTIFICATE OF SERVICE

Worcester, ss. ............................................................................................Westborough,
                Massachusetts
                                                                                                                                DATE: June 16, 2006

  I, Richard M. Green, do hereby certify that I have this day served a copy of the foregoing upon the Defendant' counsel of record via Electronic Filing.

                                      /s/ Richard M. Green
                                      Richard M. Green
                                      Counsel for Plaintiff

Boston District Office

U.S. Department of Homeland Security
JFK Federal Building Room E-170
Government Center
Boston, MA 02203



U.S. Citizenship
and Immigration
Services

| Huijuan CHEN<br>21 Clearview Ave.<br>Worcester, MA 01605 | File Number: A75 836 569 |
| --- | --- |
| | Date: 6-13-06 |
| | COA: E39 |
| | DOA: 6-13-06 |

Your Application for Adjustment of Status to Permanent Resident has been *GRANTED*.

If you are traveling or need evidence of your permanent resident status, you must sign on to the website at WWW.USCIS.GOV and click on the INFOPASS icon. Appointments are available up to two weeks in advance.

Denis C. Riordan
District Director

*Please note that Room E-160 will be closed on the third Friday of every month for training.

cc: Yaran Pan, Esquire
    560 Boston Turnpike
    Shrewsbury, MA 01545

"I" ok 02/10/06 ms
I ok 6/13/06 EXP